**Order entered October 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00998-CV

## IN RE JOSHUA SALLEY, Relator

**Original Proceeding from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-55157-2014**

## ORDER

Before the Court is relator's petition for writ of mandamus, emergency motion to stay, and supplemental emergency motion to stay. Based on our review, the relator's mandamus record contains unredacted sensitive information, including five instances of a minor's full name, in violation of Texas Rules of Appellate Procedure 9.9. *See* TEX. R. APP. P. 9.9.

Accordingly, we strike relator's mandamus record. Relator shall refile its mandamus record with proper redactions within five days. Failure to do so may result in the dismissal of this original proceeding without further notice. *See* TEX. R. APP. P. 52.7(a)(1).

/s/     KEN MOLBERG
JUSTICE